UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARRERA-VIRULA,  )<br>           ) <br>           Petitioner,  ) <br>           ) <br>v.         ) <br>           ) <br>ALBERTO GONZALES, et al.,  ) <br>           ) <br>           Respondents.  ) <br>_____) | Case No. 07 cv 0439 BEN (AJB) <br><br>**ORDER GRANTING EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE RETURN** |

Having considered the Government's *ex parte* Request for Re-setting of Briefing Schedule in this 28 U.S.C. §2241 habeas action. For good cause shown. **IT IS HEREBY ORDERED** the *ex parte* request is **GRANTED**. **IT IS FURTHER ORDERED** that on or before **September 24, 2007**, the Government shall serve and file a return and on or before **October 24, 2007**, Petitioner may serve and file a Traverse. Upon receipt of the Traverse, or upon expiration of the deadline to file a Traverse, the matter will be taken under submission for decision on the papers, absent further order of the court.

**IT IS SO ORDERED.**

DATED: August 31, 2007

_____
Hon. Roger T. Benitez
United States District Judge